GARY M. RESTAINO
United States Attorney
District of Arizona

SHARON K. SEXTON
Assistant U.S. Attorney
Arizona State Bar No. 012359
Email: Sharon.Sexton@usdoj.gov
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 1 8 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

　　　　　　　Plaintiff,

vs.

Kendall Kevin Anagal,

　　　　　　　Defendant.

No. CR-22-8113-PCT-DJH (MHB)

**REDACTED INDICTMENT**

VIO: 18 U.S.C. §§ 1153, 2241(c), and 2246(2)
(CIR - Aggravated Sexual Abuse of a Child)
Counts 1-4

18 U.S.C. §§ 1153, 2244(a)(5), and 2246
(CIR - Abusive Sexual Contact of a Minor)
Count 5

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or between October 15, 2013 and October 14, 2015, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, Defendant KENDALL KEVIN ANAGAL, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved contact between the defendant's penis and the victim's vulva, upon penetration,

however slight.

In violation of Title 18, United States Code, Sections 1153, 2241(c), and 2246(2).

COUNT 2

On or between October 15, 2013 and October 14, 2015, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, Defendant KENDALL KEVIN ANAGAL, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved contact between the defendant's penis and the victim's anus, upon penetration, however slight.

In violation of Title 18, United States Code, Sections 1153, 2241(c), and 2246(2).

COUNT 3

On or between October 15, 2013 and October 14, 2015, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, Defendant KENDALL KEVIN ANAGAL, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved contact between the defendant's penis and the victim's mouth, the first time.

In violation of Title 18, United States Code, Sections 1153, 2241(c), and 2246(2).

COUNT 4

On or between October 15, 2013 and October 14, 2015, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, Defendant KENDALL KEVIN ANAGAL, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved contact between the defendant's mouth and the victim's genitalia, to wit, on a dresser.

In violation of Title 18, United States Code, Sections 1153, 2241(c), and 2246(2).

COUNT 5

On or between October 15, 2013 and October 14, 2015, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, Defendant

- 3 -

KENDALL KEVIN ANAGAL, an Indian, did knowingly cause a sexual contact with the victim, Jane Doe, a child under the age of 12. The sexual contact involved intentional touching, directly and through the clothing, of the defendant's penis with the victim's hand, with an intent to abuse, humiliate, harass and degrade the victim and arouse and gratify the sexual desire of the defendant, to wit, the first time.

In violation of Title 18, United States Code, Sections 1153, 2244(a)(5), and 2246.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date:   October 18, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
SHARON K. SEXTON
Assistant U.S. Attorney